JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MORRIS;<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF LOS ANGELES, a municipal corporation; GERALDINE KNATZ, individually and as Executive Director for Port of Los Angeles; RONALD BOYD, individually and as Chief of Police for the of Los Angeles Police Department; LEON NIXON, individually and as Captain for the Port of Los Angeles Police Department; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>        Defendants. | Case No. CV 12-4911-DMG (PJWx)<br><br>**ORDER RE DISMISSAL OF ACTION**<br><br>**[36]** |

[INTENTIONALLY LEFT BLANK]

1  The Court has reviewed the parties' fully executed Stipulation for Dismissal.
2  Based upon a review of the record and good cause appearing, IT IS HEREBY
3  ORDERED that this action is dismissed in its entirety *with prejudice*. Each Party
4
5  shall bear their own attorneys' fees and costs, except as provided in their agreement.
6  IT IS SO ORDERED.

Dated: April 16, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE